IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEVI LLOYD WHITE**
**# 617498**                                                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 3:23-CV-00003-BSM**

**ERIC MOORE, Chief,**
**Harrisburg Police Department**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE